UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20306-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JHONATHAN ALFONSO,

    Defendant.
_____/

## MEMORANDUM IN AID OF SENTENCING

Jhonathan Alfonso files this memorandum in aid of his sentencing scheduled for February 11, 2022, and requests this Court downward vary from the guideline range for the below reasons.

### History and Characteristics

Mr. Alfonso is a 29-year-old fisherman from Colombia with no criminal history. He was born in La Guajira, Colombia in 1992. His mother left the country shortly after he was born. PSI ¶ 53. He was then raised by his grandmother and his father. *Id.* He dropped out of school after first grade to help earn money for his family. He started working as a fisherman and farmer at the age of 11. PSI ¶ 70. He also started working with his father as a welder. *Id.* He has not stopped working since, laboring at these physically demanding jobs in order to feed and shelter his family. Living on a very meager income, Mr. Alfonso has struggled to support his three children (ages 5, 3, and 2). PSI ¶ 55-57. Prior to the arrest in this case, Mr.

1

Alfonso lived with his girlfriend, Eliena Gonzalez, in a shanty in Puerto Estrella. It is not enclosed by walls, and there is no bathroom. PSI ¶ 58.

Mr. Alfonso's difficult financial circumstances formed the backdrop for his involvement in the present case. He became involved in the instant offense when an individual offered him approximately $5,000 to participate as a crewmember of a boat, which was to transport cocaine from the coast of Colombia to coastal waters off the Dominican Republic. Mr. Alfonso made the difficult decision to participate in the instant offense because it was a once in a lifetime opportunity to provide the financial stability that his family needed and that he could never otherwise provide. He is extremely remorseful for his offense, and his actions in this case are an aberration in an otherwise law-abiding, hard-working life.

Mr. Alfonso acknowledges that the offense in this case is serious. He was a crewmember aboard a boat in the Pacific Ocean with approximately 289 kilograms of cocaine. Mr. Alfonso asks this Court to also take into consideration, however, that he was not the owner of the drugs nor did he have any authoritative position in the venture. He was simply a crewmember assigned with the task of transporting the drugs from point A to point B.

### Deterrence, Respect for the Law, and Just Punishment

A downward variance would still provide adequate deterrence for the offense in this case. Even a few years away from his family is sufficient to deter Mr. Alfonso from ever doing anything like this again, and he will likely never return to the United States after he is deported back to Colombia. For someone in Mr.

Alfonso's position, being so far from home, even a few years of prison is a very long time.

## The Need to Avoid Unwarranted Sentence Disparities

Although this case, and many like it, involve a large amount of cocaine, numerous courts in this district have recognized that a sentence significantly below the guidelines is appropriate to meet the purposes of sentencing. Some of these cases are as follows:

| Case number | Defendant(s) | Amount of Cocaine | Sentence |
| --- | --- | --- | --- |
| 16-20562-CR-RNS | Francisco Jairo Ortiz Valencia | 852 kg | 60 Months |
| 17-20128-CR-KMW | William Fernando Bonilla Rodriguez | 780 kg | 66 months |
| 17-20203-CR-DPG | Eduardo Alfredo Quinonez Micolta | 943 kg | 72 months |
| 17-20252-CR-MGC | Angel Domingo Orejuela Aguino<br>Geovanny Calderon Calderon | 740 kg | 59 months |
| 17-20568-CR-FAM | Lenin Dario Iler Reyes<br>Edwin Ruiz Bravo<br>Miguel Anchundia Saltos | 759 kg | 74 months<br>75 months<br>60 months |
| 17-20805-CR-KMW | Jose Ricardo Bautista-Vasquez | 647 kg | 24 months |
| 17-20855-CR-CMA | Eustasiguio Boya | 1,044 kg | 72 months |
| 17-60050-CR-RNS | Jhonny Patricio Caicedo-Ayovi | 1,114 kg | 40 months |
| 18-20574-CR-UU | Jose Carlos Ramirez-Lopez<br>Ivan Castaneda Ramirez | 1,149 kg | 72 months |
| 18-20603-CR-CMA | Francisco Castillo Riascos<br>Luis Leon Escobar<br>Lider Alexander Banquera | 2,263 kg | 47 months<br>61 months<br>52 months |
| 18-20795-CR-DPG | Leonardo Javier Franco Anchundia<br>Erick Mendoza Franco | 515 kg | 72 months |
| 18-20913-CR-MGC | Ramon Isauro Alvia Chavez | 1300 kg | 57 Months |
| 19-20413-CR-RNS | Jorge Eliecer Rios Martinez | 1751 kg | 72 months |
| 20-20238-CR-DPG | Horacio Viles Velez | 700 kg | 70 months |

| 20-20101-CR-RNS | Luis Valencia<br>Segundo Lopez Villarreal<br>Gustavo Martan | 1018 kg | 60 months |
| --- | --- | --- | --- |
| 21-20047-CR-UU | Luis Tejeda<br>Darlyn Santana | 393 kg | 70 months |

In order to avoid unwarranted sentencing disparities, and for all additional reasons that will be presented at the sentencing, this Court should downward vary in this case.

Respectfully submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:    */s/Julie Holt*
       Assistant Federal Public Defender
       Florida Bar No.: 95997
       150 W Flagler Street, Suite 1700
       Miami, Florida 33130
       Tel: 305-530-7000
       julie_holt@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **February 9, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Julie Holt*
Julie Holt